UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

| | |
|---|---|
| In Re:<br><br> Michael and Annina Goldsboro | Case No.:      14-14562<br><br> Judge:      ABA<br><br> Chapter:     13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ ,

    creditor,

    A hearing has been scheduled for _____ , at _____ .


    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ , at _____ .


    ☒ Certification of Default filed by ____ Standing Chapter 13 Trustee ____ ,

    I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____ , but have not

    been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

Payments are being sent in again. We will continue to send more than our
monthly amount until we are current.

☐  Other **(explain your answer)**:

3.        This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.        I certify under penalty of perjury that the above is true.

Date: 1/24/2017                                    /s/ Michael Goldsboro
                                                        Debtor's Signature

Date: 1/24/2017                                    /s/ Annina Goldsboro
                                                        Debtor's Signature

**NOTES:**

1.        Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
          13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
          opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
          Dismiss.

2.        Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
          Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
          Default.

*rev.8/1/15*