**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**      _____

**Location of Hearing:**     Courtroom No. _____

_____

_____

_____

**Date and Time:**           _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ❑ **ARE REQUIRED**   ❑ **ARE NOT REQUIRED**

DATE: _____                    JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following:

Debtor(s)                                JEANNE A. NAUGHTON, Clerk
Debtor(s) Attorney , if any
Trustee                                  By: _____
Deputy Clerk

*rev.1/4/17*