**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re:<br><br>Michael and Annina Goldsboro | Case No.: 14-14562<br>Hearing Date:<br>Chapter: 13<br>Judge: ABA |
|---|---|

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg , United States Bankruptcy Judge.

**Reason for Hearing:**   Objection to Trustee's Certification of Default

**Location of Hearing:**   Courtroom No. 4B
   400 Cooper Street
   Camden, NJ 08101

**Date and Time:**   2/24/2017 at 9:00am                  , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: January 25, 2017                JEANNE A. NAUGHTON, Clerk

                                By: /s/ Kathleen V. Ryan
                                    Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on         January 25       , 20 17    this notice was served on the following:

Debtor(s)                                JEANNE A. NAUGHTON, Clerk
Debtor(s) Attorney , if any
Trustee                                  By: /s/ Kathleen V. Ryan
                                             Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael B Goldsboro  
Annina Goldsboro  
      Debtors

Case No. 14-14562-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 25, 2017  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.  
db         +Michael B Goldsboro,    576 W. Oak Rd,    Vineland, NJ 08360-2218  
jdb        +Annina Goldsboro,    576 W. Oak Rd,    Vineland, NJ 08360-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2017 at the address(es) listed below:  
       Denise E. Carlon     on behalf of Creditor     MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
       Joshua I. Goldman     on behalf of Creditor     Midland Mortgage jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joshua I. Goldman     on behalf of Creditor     MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Seymour Wasserstrum     on behalf of Debtor Michael B Goldsboro mylawyer7@aol.com, ecf@seymourlaw.net  
       Seymour Wasserstrum     on behalf of Joint Debtor Annina Goldsboro mylawyer7@aol.com, ecf@seymourlaw.net  
                                                                                                                        TOTAL: 8