Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−14562−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael B Goldsboro                        Annina Goldsboro
576 W. Oak Rd                              576 W. Oak Rd
Vineland, NJ 08360                         Vineland, NJ 08360

Social Security No.:
   xxx−xx−8921                             xxx−xx−9228

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on July 10, 2014.

On 6/15/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:          July 25, 2018
Time:              10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 18, 2018
JAN: kvr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael B Goldsboro  
Annina Goldsboro  
    Debtors

Case No. 14-14562-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 | Date Rcvd: Jun 18, 2018 |
| | Form ID: 185 | Total Noticed: 44 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.

```
db/jdb         +Michael B Goldsboro,    Annina Goldsboro,    576 W. Oak Rd,    Vineland, NJ 08360-2218
app            +Wendy Kates,    650 Park Drive,    Cherry Hill, NJ 08002-3716
514624317       Cumberland Reminder,    P.O. Box 1600,    Millville, NJ  08332-8600
514624318      +Daily Journal,    891 East Oak Rd P.O. Box 1504,    Vineland, NJ 08360-2396
514624320       EOS/ CCA,    Re: AT&T Mobility,    700 Longwater Dr,    Norwell, MA  02061-1624
514624319      +Eisenstate, Gabage & Furman,    1179 East Landis Ave,    Vineland, NJ 08360-4278
514624322      +Hoffman Law Offices,    Re: M Zuckerman Company Inc,    713 Landis Ave P.O. Box 1106,
                 Vineland, NJ 08362-1106
514796936      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
514624325      +Midland Mortgage,    P.O. Box 268959,    Oklahoma City, OK 73126-8959
514624326      +Northeastern Titile Loan,    105 S Dupont Hwy,    Dover, DE 19901-7432
514781875      +Northeastern Title Loans,    3440 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
514624328      +Slomins Shield,    125 Lauman Ln,    Hicksville, NY 11801-6539
514624329      +South Jersey Gas,    1 South Jersey Plaza,    Hammonton, NJ 08037-9100
514624330       South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ  08099-6091
514624331      +Waste Management,    P.O. Box 13648,    Philadelphia, PA 19101-3648
514624332       Western  Pest Service,    458 Rte 38 East,    Maple Shade, NJ  08052-2065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514624311      +E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2018 23:54:22      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
514653799       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2018 00:04:44
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
514624312      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 18 2018 23:54:52      Atlantic City Electric,
                 P.O. Box 13610,    Philadelphia, PA 19101-3610
514661629       E-mail/Text: bankruptcy@pepcoholdings.com Jun 18 2018 23:54:53
                 Atlantic City Electric Company,    Pepco Holdings Inc,    Bankruptcy Division,
                 5 Collins Drive Suite 2133,    Carneys Point NJ 08069-3600
514624313       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2018 23:53:48      Cach LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
514624314      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:53:39      Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
514714681      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 18 2018 23:53:40
                 Capital One Auto Finance,    Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
514902260      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 18 2018 23:52:19
                 Capital One Auto Finance (CODB),    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
514713456      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2018 00:04:44
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a Ascension Capital Group,    4515 N. Santa Fe Ave Dept APS,
                 Oklahoma City, OK 73118-7901
514741678       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:52:57
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
514734853      +E-mail/Text: bankruptcy@cavps.com Jun 18 2018 23:55:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514624315      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 18 2018 23:56:09      Comcast,
                 P.O. Box 3006,    Southeastern, PA 19398-3006
514649880       E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:53:09      GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514624321      +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2018 23:56:40      Ginny's,    1112 7th Ave,
                 Monroe, WI 53566-1364
514728606      +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2018 23:56:40      Ginny's,    P.O. Box 740933,
                 Dallas, TX 75374-0933
514624323      +E-mail/Text: hduncan@inthenewsonline.com Jun 18 2018 23:56:25      In The News, Inc,
                 8517 Sunstate St,    Tampa, FL 33634-1311
514800667       E-mail/Text: pmarraffa@standingtrustee.com Jun 18 2018 23:54:24
                 Isabel C. Balboa, Ch. 13 Standing Trustee,    Cherry Tree Corporate Center,
                 535 Route 38 - Suite 580,    Cherry Hill, NJ  08002-2977
514771889       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2018 23:55:52      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
514624324      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514736691      +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2018 23:56:40      Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jun 18, 2018
                              Form ID: 185             Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514658702      E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2018 23:54:22
                 National Auto Finance Company serviced by Ally Ser,    PO Box 130424,
                 Roseville, MN 55113-0004
514624327      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2018 23:52:17
                 Portfolio Recovery Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
514854272      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2018 23:53:37
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Co Brand,    POB 41067,   Norfolk VA 23541
514794965      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 00:15:10
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,   Norfolk VA 23541
514908303     +Fax: 866-311-5818 Jun 19 2018 00:08:57      Systems & Services Technologies, Inc,
                 4315 Pickett Road,   St. Joseph, MO 64503-1600
514799764     +E-mail/Text: rmcbknotices@wm.com Jun 18 2018 23:56:16       Waste Management,
                 2625W Grandview Rd Ste 150,    Phoenix, AZ 85023-3109
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514624316*       Comcast,   P.O. Box 3006,   Southeastern, PA 19398-3006
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   Midland Mortgage jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Annina  Goldsboro mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Michael B Goldsboro mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                               TOTAL: 8
```