**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security    0   Assumption of Executory Contract or Unexpired Lease    0   Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                              Case No.:   __14-14562__

Michael & Annina Goldsboro                                          Judge:      __ABA__

            Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: __June 15, 2018__

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/SW__    Initial Debtor: __/s/ MG__    Initial Co-Debtor: __/s/ AG__

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____1353.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____July 1, 2018_____ for approximately _____9_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

| **Part 2:** | **Adequate Protection** ☒ **NONE** | |
|---|---|---|
| a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor). | | |
| b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor). | | |

| **Part 3:** | **Priority Claims (Including Administrative Expenses)** | |
|---|---|---|
| a. All allowed priority claims will be paid in full unless the creditor agrees otherwise: | | |

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,081.00+700 |
| DOMESTIC SUPPORT OBLIGATION | Child Support | notice only |
| Internal Revenue Service | taxes | notice only |
| State of New Jersey | taxes | notice only |
| Midfirst bank | Administrative | $531.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| MidFirst Bank | 576 W. Oak Road Vineland, NJ 08060 | $27,026.71 ($21,488.32+ $5,538.92 post-petition arrears per order resolving creditors certification of default) | 0% | $27,026.71 ($21,488.32+ $5,538.92 post-petition arrears per order resolving creditors certification of default) | $1,860.31 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan ☒ NONE**

The following secured claims are unaffected by the Plan:

| **g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| Northeastern Title Loans | 2009 Chrysler 300 | $8,200.00 |

### Part 5:  Unsecured Claims ☒ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0.00_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:  Executory Contracts and Unexpired Leases ☐ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

| **Part 7:** | **Motions** ☒ **NONE** |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____June 15, 2018_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list post-petition arrears due to MidFirst Mortgage to be paid per order resolving the creditors certification of default. | To list post-petition arrears due to MidFirst Mortgage to be paid per order resolving the creditors certification of default. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: June 15, 2018                                          /s/Seymour Wasserstrum
                                                              Attorney for the Debtor

Date: June 15, 2018                                          /s/ Michael Goldsboro
                                                              Debtor

Date: June 15, 2018                                          /s/ Annina Goldsboro
                                                              Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: June 15, 2018               /s/Seymour Wasserstrum
                                  Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: June 15, 2018               /s/ Michael Goldsboro
                                  Debtor

Date: June 15, 2018               /s/ Annina Goldsboro
                                  Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-14562-ABA
Michael B Goldsboro                                                 Chapter 13
Annina Goldsboro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2               Date Rcvd: Jun 18, 2018
                              Form ID: pdf901          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
```
db/jdb         +Michael B Goldsboro,    Annina Goldsboro,    576 W. Oak Rd,    Vineland, NJ 08360-2218
app            +Wendy Kates,    650 Park Drive,    Cherry Hill, NJ 08002-3716
514624317       Cumberland Reminder,    P.O. Box 1600,    Millville, NJ  08332-8600
514624318      +Daily Journal,    891 East Oak Rd P.O. Box 1504,    Vineland, NJ 08360-2396
514624320       EOS/ CCA,    Re: AT&T Mobility,    700 Longwater Dr,    Norwell, MA 02061-1624
514624319      +Eisenstate, Gabage & Furman,    1179 East Landis Ave,    Vineland, NJ 08360-4278
514624322      +Hoffman Law Offices,    Re: M Zuckerman Company Inc,    713 Landis Ave P.O. Box 1106,
                 Vineland, NJ 08362-1106
514796936      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
514624325      +Midland Mortgage,    P.O. Box 268959,    Oklahoma City, OK 73126-8959
514624326      +Northeastern Titile Loan,    105 S Dupont Hwy,    Dover, DE 19901-7432
514781875      +Northeastern Title Loans,    3840 Preston Ridge Rd, Ste 500,    Alpharetta, GA 30005-3823
514624328      +Slomins Shield,    125 Lauman Ln,    Hicksville, NY 11801-6539
514624329      +South Jersey Gas,    1 South Jersey Plaza,    Hammonton, NJ 08037-9100
514624330       South Jersey Gas,    P.O. Box 6091,    Bellmawr, NJ  08099-6091
514624331      +Waste Management,    P.O. Box 13648,    Philadelphia, PA 19101-3648
514624332       Western  Pest Service,    458 Rte 38 East,    Maple Shade, NJ  08052-2065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:35      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514624311      +E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2018 23:54:22      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
514653799       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2018 23:53:53
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
514624312      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 18 2018 23:54:53      Atlantic City Electric,
                 P.O. Box 13610,    Philadelphia, PA 19101-3610
514661629       E-mail/Text: bankruptcy@pepcoholdings.com Jun 18 2018 23:54:53
                 Atlantic City Electric Company,    Pepco Holdings Inc,    Bankruptcy Division,
                 5 Collins Drive Suite 2133,    Carneys Point NJ 08069-3600
514624313       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2018 23:52:25      Cach LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
514624314      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:53:39      Capital One,
                 P.O. Box 30253,    Salt Lake City, UT 84130-0253
514714681      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 18 2018 23:52:19
                 Capital One Auto Finance,    Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
514902260      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 18 2018 23:52:19
                 Capital One Auto Finance (CODB),    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
514713456      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2018 00:04:51
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a Ascension Capital Group,    4515 N. Santa Fe Ave Dept APS,
                 Oklahoma City, OK 73118-7901
514741678       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:53:39
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
514734853      +E-mail/Text: bankruptcy@cavps.com Jun 18 2018 23:55:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514624315      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 18 2018 23:56:09      Comcast,
                 P.O. Box 3006,    Southeastern, PA 19398-3006
514649880       E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:53:52      GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514624321      +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2018 23:56:40      Ginny's,    1112 7th Ave,
                 Monroe, WI 53566-1364
514728606      +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2018 23:56:40      Ginny's,    P.O. Box 740933,
                 Dallas, TX 75374-0933
514624323      +E-mail/Text: hduncan@inthenewsonline.com Jun 18 2018 23:56:25      In The News, Inc,
                 8517 Sunstate St,    Tampa, FL 33634-1311
514800667       E-mail/Text: pmarraffa@standingtrustee.com Jun 18 2018 23:54:24
                 Isabel C. Balboa, Ch. 13 Standing Trustee,    Cherry Tree Corporate Center,
                 535 Route 38 - Suite 580,    Cherry Hill, NJ  08002-2977
514771889       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2018 23:55:52      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
514624324      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514736691      +E-mail/Text: bankruptcy@sccompanies.com Jun 18 2018 23:56:40      Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jun 18, 2018
                               Form ID: pdf901          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514658702         E-mail/Text: ally@ebn.phinsolutions.com Jun 18 2018 23:54:22
                   National Auto Finance Company serviced by Ally Ser,    PO Box 130424,
                   Roseville, MN 55113-0004
514624327         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2018 23:53:38
                   Portfolio Recovery Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA   23502-4962
514854272         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 00:15:24
                   Portfolio Recovery Associates, LLC,    c/o Best Buy Co Brand,    POB 41067,   Norfolk VA 23541
514794965         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2018 23:52:17
                   Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,   Norfolk VA 23541
514908303         +Fax: 866-311-5818 Jun 19 2018 00:08:57      Systems & Services Technologies, Inc,
                   4315 Pickett Road,    St. Joseph, MO 64503-1600
514799764         +E-mail/Text: rmcbknotices@wm.com Jun 18 2018 23:56:16      Waste Management,
                   2625W Grandview Rd Ste 150,    Phoenix, AZ 85023-3109
                                                                                                TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514624316*       Comcast,   P.O. Box 3006,   Southeastern, PA   19398-3006
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Midland Mortgage jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Annina   Goldsboro mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Michael B Goldsboro mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                             TOTAL: 8
```