| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Midfirst Bank | **Order Filed on September 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>　　　Michael B. Goldsboro, Annina Goldsboro,<br><br>Debtors. | Case No.: <u>14-14562 ABA</u><br><br>Adv. No.:<br><br>Hearing Date: 5/15/18 @ 10:00 a.m..<br><br>Judge: <u>Andrew B. Alternburg, Jr</u> |

### AMENDED ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Michael B. Goldsboro, Annina Goldsboro
Case No: 14-14562 ABA
Caption of Order: AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Midfirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 576 West Oak Road Vineland, NJ 08360, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 9, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for the Agreed Order payment due January 15, 2018 in the amount of $5,538.92 (1 AO payment of $15,977.06, less suspense $10,438.14); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,538.92 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2018, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-14562-ABA
Michael B Goldsboro　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Annina Goldsboro
　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　User: admin　　　　　　Page 1 of 1　　　　　　Date Rcvd: Sep 10, 2018
　　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db/jdb　　　　　+Michael B Goldsboro,　Annina Goldsboro,　576 W. Oak Rd,　Vineland, NJ 08360-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
　　　　Denise E. Carlon　　on behalf of Creditor　　MIDFIRST BANK dcarlon@kmllawgroup.com,
　　　　 bkgroup@kmllawgroup.com
　　　　Isabel C. Balboa　　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com
　　　　Isabel C. Balboa　　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
　　　　 summarymail@standingtrustee.com
　　　　Isabel C. Balboa (NA)　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
　　　　Joshua I. Goldman　　on behalf of Creditor　　Midland Mortgage jgoldman@kmllawgroup.com,
　　　　 bkgroup@kmllawgroup.com
　　　　Joshua I. Goldman　　on behalf of Creditor　　MIDFIRST BANK jgoldman@kmllawgroup.com,
　　　　 bkgroup@kmllawgroup.com
　　　　Seymour　Wasserstrum　　on behalf of Debtor Michael B Goldsboro mylawyer7@aol.com,
　　　　 ecf@seymourlaw.net
　　　　Seymour　Wasserstrum　　on behalf of Joint Debtor Annina　Goldsboro mylawyer7@aol.com,
　　　　 ecf@seymourlaw.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8