| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>**Jennifer R. Gorchow, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002**<br>**(856) 663-5002** |

Order Filed on January 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: MICHAEL B. GOLDSBORO
ANNINA GOLDSBORO

Debtor(s)

Case No.   14-14562 (ABA)

Hearing Date: January 15, 2019

Judge: Andrew B. Altenburg, Jr.

## ORDER FOR DETERMINATION OF FINAL CURE PAYMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page ( 2)

Debtor:      MICHAEL B. AND ANNINA GOLDSBORO

Case No:     14-14562 (ABA)

**ORDER FOR DETERMINATION OF FINAL CURE PAYMENT**

**THIS MATTER** having been opened to the Court by Jennifer R. Gorchow, Staff Attorney for Isabel C. Balboa, Esquire, the Chapter 13 Standing Trustee, on Motion for Determination of Final Cure Payment, and further certifying that the copies of the Motion and this Order were served upon the Debtor, Debtor's Attorney, MidFirst Bank, and counsel for Secured Creditor, and good cause appearing;

**IT IS ORDERED** that:

☒      Debtor has paid MidFirst Bank in accordance with the confirmed Chapter 13 Plan.

☐      Debtor has not paid MidFirst Bank in accordance with the confirmed Chapter 13 Plan.   The total pre-petition amount remaining unpaid as of the date of this Order is $_____

**IT IS FURTHERED ORDERED** that the Chapter 13 Standing Trustee shall serve this Order on all parties in interest.