| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>**Jennifer R. Gorchow, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002**<br>**(856) 663-5002** |

Order Filed on January 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: MICHAEL B. GOLDSBORO
ANNINA GOLDSBORO

Debtor(s)

Case No.   14-14562 (ABA)

Hearing Date: January 15, 2019

Judge: Andrew B. Altenburg, Jr.

## ORDER FOR DETERMINATION OF FINAL CURE PAYMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page ( 2)**

Debtor:    MICHAEL B. AND ANNINA GOLDSBORO

Case No:   14-14562 (ABA)

## ORDER FOR DETERMINATION OF FINAL CURE PAYMENT

**THIS MATTER** having been opened to the Court by Jennifer R. Gorchow, Staff Attorney for Isabel C. Balboa, Esquire, the Chapter 13 Standing Trustee, on Motion for Determination of Final Cure Payment, and further certifying that the copies of the Motion and this Order were served upon the Debtor, Debtor's Attorney, MidFirst Bank, and counsel for Secured Creditor, and good cause appearing;

**IT IS ORDERED** that:

☒ Debtor has paid MidFirst Bank in accordance with the confirmed Chapter 13 Plan.

☐ Debtor has not paid MidFirst Bank in accordance with the confirmed Chapter 13 Plan. The total pre-petition amount remaining unpaid as of the date of this Order is $_____

**IT IS FURTHERED ORDERED** that the Chapter 13 Standing Trustee shall serve this Order on all parties in interest.

United States Bankruptcy Court
District of New Jersey

In re:
Michael B Goldsboro
Annina Goldsboro
    Debtors

Case No. 14-14562-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 15, 2019
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.
db/jdb    +Michael B Goldsboro,    Annina Goldsboro,    576 W. Oak Rd,    Vineland, NJ 08360-2218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
        Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
        Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Midland Mortgage jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Seymour  Wasserstrum    on behalf of Debtor Michael B Goldsboro mylawyer7@aol.com, ecf@seymourlaw.net
        Seymour  Wasserstrum    on behalf of Joint Debtor Annina  Goldsboro mylawyer7@aol.com, ecf@seymourlaw.net
        TOTAL: 10